UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HOME BUYERS WARRANTY CORPORATION, et al., : Petitioners, : v. : LOUIS ROGACKI, et al., : Respondents. : | CIVIL ACTION NO. 06-1829 (MLC) **MEMORANDUM OPINION** |

**THIS MATTER** arising on the petitioners' motion to compel arbitration and stay the action (dkt. entry no. 2); and the petitioners now submitting a "Notice Of Dismissal Pursuant To Fed.R.Civ.P. 41(a)" (dkt. entry no. 3); and thus the Court intending to (1) deny the motion without prejudice, and (2) dismiss the petition under Federal Rule of Civil Procedure 41(a); and for good cause appearing, the Court will issue an appropriate order and judgment.

                                               s/ Mary L. Cooper
                                               **MARY L. COOPER**
                                               United States District Judge